DEBNAM v. TELEPHONE Co.    Settled by the parties.

EDWARDS v. PATE; *L. V. Morrill* and *Swift Galloway*, for plaintiff; *G. M. Lindsay*, for defendant.    Affirmed.

FAISON v. HICKS; *H. E. Faison*, for plaintiff; *Stevens & Beasley*, for defendant.    Motion to retax costs denied.

STATE v. FORT; *Brown Shepherd* and *Geo. Rose*, for State; *T. H. Sutton*, for defendant.    Affirmed.

STATE v. COUNCIL; *Brown Shepherd, N. A. Sinclair*, by brief, with the *Attorney-General*, for the State; *T. H. Sutton*, for defendant.    Motion for new trial denied.    Judgment affirmed.

IN RE DILLARD's WILL.    Dismissed under Rule 17.

KRAMER v. SOUTHERN RAILWAY Co.; *E. J. Justice*, for plaintiff; *G. F. Bason*, for defendant.    Affirmed.

DICKSON v. ALEXANDER; *S. J. Ervin*, for plaintiff.    Affirmed.

COCHRAN v. IMPROVEMENT Co.; *Davidson & Jones*, and *Bourne & Parker*, for plaintiff; *Chas. A. Moore* and *Geo. A. Shuford*, for defendant.    Motion of defendant to have amount of printing recovered under the rule in this Court, applied to the judgment in favor of defendant, in McDowell Superior Court, allowed.

ANDERSON v. ANDERSON; *W. A. Smith*, for plaintiff; *Merrimon & Merrimon*, for defendant.    Affirmed.

KEENER v. MOTZ; *L. D. Wetmore* and *A. L. Quickel*, for plaintiff; *D. W. Robinson*, for defendant.    Affirmed.

BESSEMER CITY COTTON MILLS v. ODELL.    Dismissed under Rule 17.

WILLIAMS v. WEST ASHEVILLE AND SULPHUR SPRINGS RY. Co.    Settled by the parties.

WILLIAMS v. TATHAM; *Bourne & Parker*, for plaintiff; *Dillard & Bell*, and *Busbee & Busbee*, for defendant.    Affirmed.

N. C. MINING Co. v. ENLOE, et al. (two cases); *C. C.*